**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| **HAROLD RIDGEWAY** and **MARY RIDGEWAY** | Case No. 14-50545 |
| Debtors. | |

**ORDER DIRECTING DISMISSAL OF CASE**

Before the Court is the trustee's motion to dismiss this case along with this Court's notice to the debtor to appear and explain why the debtor has not cured the deficiencies in the case. The notice directed the debtor and his bankruptcy petition preparer to appear on July 9, 2014, and show cause why the bankruptcy case of the debtors, Harold and Mary Ridgeway, should not be dismissed for failure to comply with various court orders. For the reasons set forth below, the Court directs dismissal of the debtors' case.

On May 14, 2014, the Ridgeways filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code with the assistance of a bankruptcy petition preparer named Justin Jurist. The debtor paid compensation to Justin Jurist for the filing of the petition, yet the debtor did not pay the filing fee to the Court and did not file a complete petition. The petition failed to include any of the statements or schedules required by Rule 1007. On May 15, 2014, the Court issued an Order of Deficiency Schedules (ECF Doc. No. 8) and an Order Directing Payment of Administrative Notice Fee (ECF Doc. No. 7) and set the confirmation hearing for July 9, 2014, at 9:30AM in Harrisonburg.

On June 13, 2014, after the debtors failed to comply with the deficiency order, the Court issued a notice of hearing for July 9, 2014, at which the debtors and/or Mr. Jurist were to appear and explain their failure to comply with the deficiency order, if the Court should impose

conditions for the debtors to refile, and what consideration the Court should give to the petition preparer's participation in the debtors' case (ECF Doc. No. 18). Similarly, on June 18, 2014, the chapter 13 trustee filed a Report and Show Cause, also set for July 9, 2014.

At the hearing, on July 9, 2014, neither the debtors nor Mr. Jurist appeared. After review of the record in the case, the Court concludes dismissal without prejudice and without restrictions is appropriate. Accordingly, it is

**O R D E R E D**

That cause exists to dismiss the debtors' bankruptcy case for failure to comply with various court orders, pay the necessary fees, and comply with Rule 1007. The Court directs the clerk's office to enter the dismissal order.

Copies of this order are directed to be sent to the debtors, Mr. and Mrs. Harold and Mary Ridgeway, 219 Fairview Rd., Luray, VA 22835; the debtors' petition preparer, Mr. Justin Jurist, P.O. Box 283, Winter Harbor, ME 04693; the chapter 13 trustee, Mr. Herbert L. Beskin, Esquire, P.O. Box 2103, Charlottesville, VA 22902; and the United States Trustee, 210 First St., Suite 505, Roanoke, VA 24011.

Dated: July 28, 2014

_____
United States Bankruptcy Judge